IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

SEP 03 2024

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

DENNIS WAYNE CARLYLE,                           )
           PLAINTIFF,                    )
                                        )
                                        )
        VS.                                    )CAUSE NO.    1:24-cv-1494-JRS-MG
                                        )
STEPHANIE HUMBERICKHOUSE,                        )
Individually and in Her Official                )
Capacity as a Indianapolis Metropolitan         )
Police Officer, Indianapolis Metropolitan       )
Police Department, Indianapolis,Indiana.        )
                DEFENDENT,                    )
                                        )
           AND                                   )
                                        )
STEVEN BRINKER,                                 )
Individually and in His Official Capacity       )
as a Indianapolis Metropolitan Police           )
Officer, Indianapolis Police Department,        )
Indianapolis, Indiana.                          )
                DEFENDENT,                    )
                                        )
           AND                                   )
                                        )
HERBERT HOLDING,                                )
Individually and in His Official Capacity       )
as a Indianapolis Metropolitan Police           )
Officer, Indianapolis Police Department,        )
Indianapolis Indianaiana.                       )
                DEFENDENT,                    )

!.

This is a ProSe., Civil Rights Action, Pursuant to 42 U.S.C. 1983, seeking to Redress the Deprivation of the Rights and Priveleges and Immunitites of Plaintiff Dennis Wayne Carlyle by Indianapolis Metropolitan Police Officer, Stephanie Humberickhouse, Steven Brinker and Herbert Holding, without first, having Probable Cause, did conduct a Traffic Stop, Seizure snd Search of Plaintiff Dennis Wayne Carlyle and his personal vehicle, in violation of Plaintiff Dennis Wayne Carlyle's Fourth and Fourteenth Amendments to the Constitution of the United States of America.

Having found no evidence of a Crime or Traffic Offense committed by Plaintiff Dennis Wayne Carlyle in their presence, Plaintiff Dennis Wayne Carlyle and his personal vehicle were Released from Police custody.

WHEREFORE, Plaintiff Dennis Wayne Carlyle, now seeks Relief from Defendents, Stephanie Humberickhouse,Steven Brinker and Herbert Holding.

## JURISDICTION

1.

This Honorable Court has Jurisdiction in this Cause of Action Pursuant to 42 U.S.C. 1983 and 28 U.S.C. 1331.

2.

Declaratory and Monetarty Relief is Authorized Pursuant to 42 U.S.C. 1983 of the Federal Rules of Civil Procedures.

3.

This Cause of Action is brought Pursuant to the Fourth and Fourteenth Amendments to the Constitution of the United States of America.                2.

4.

Plaintiff Dennis Wayne Carlyle is a Resident of the State of Indiana and a Citizen of the United States of America.

.5.

## VENUE

Venue is Pursuant to U.S.C. 1391

6.

Plaintiff Dennis Wayne Carlyle is Revelant to this Cause of Action at all times.

7.

Defendent Stephanie Humberickhouse is Revelant to this Cause of Action at all times.

8.

Defendent Steven Brinker is Revelant to this Cause of Action at all times.

9.

Defendent Herbert Holding is Revelant to this Cause of Action at all times.

## FACTUAL ALLEGATIONS

On January 27, 2020, Indianapolis Metropolitan Police Offci-cers, Stephani humberickhouse, and back-up Officers,Steven Brinke r and Herbert Holding, on Duty and Acting under Color of State law, did Conduct a Traffic Stop, Seizure and Search of Plaintiff,

3.

Dennis Wayne Carlyle and his personal vehicle, lacking the Prerequisite, Probable Cause, supported by, Specific, Articulable evidence to Stop, Seize and Search Plaintiff Dennis Wayne Carlyle and his personal vehicle, to suspect Plaintiff Dennis Wayne Carlyle had or was in the commission of committing a Crime or Traffic Offense in their presence.

Lacking the Prerequisite, Probable Cause, supported by, Specific, Articulable evidence to Traffic Stop, Seizue and Search Plaintiff Dennis Wayne Carlyle and his personal vehicle.by Defendents, Stephanie Humberickhouse, Steven Brinker and Herbert Holding, violated Plaintiff Dennis Wayne Carlyle's Fourth and Fourteenth Amendments to the Constitution of the United States of America.

WHEREFORE, Plaintiff Dennis Wayne Carlyle now seeks Relief from Defendents, Stephanie Humberickhouse, Steven Brinker and Herbert Holding.

Respectifully Submitted,

Dennis Wayne Carlyle
Plaintiff,ProSe.,
3833 Cedar Ridge Road,2C,
Indianapolis Indiana
                    46235
(317)444-0969
(317) 680-4993

4.

AFFIRMATION

I, Dennis Wayne Carlyle,Plaintiff,ProSe., herein does
Certify that the foregoing Complaint is True and Accurate to
the best of my Knowledge and belief on this 63 day of September
2024.

                              Dennis Wayne Carlyle
                              Plaintiff,ProSe.,
                              3833 Cedar Ridge Road,2C,
                              Indianapolis,Indiana
                                            46235
                              (317_444-0969
                              (317_680-4993

CERTIFICATE OF SERVICE

I, Dennis Wayne Carlyle, Plaintiff,ProSe.,hereby Certifies
that a Truw and Accurate Copy of the Foregoing Complaint has
been Duly Served upon the Defendents, Stephanie Humberickhouse,
Steven Brinker and Herbert Holding, to the below listed address
below, vis First-Class Postage, Pre-Paid on this____Day of
September 05,_____, 2024.

                              Respectifully Submitted,

                              Dennis Wayne Carlyle
                              Plaintiff ProSe.,
                              3833 Cedar Ridge Road, 2C
DEFENDENTS:                   Indianapolis, Indiana.
                                            46235
                              (317)444-0969
Ms. Stephanie Humberickhouse  (317)680-4993
Indianapolis Metropolitan Police
Department,C/O. Indianapolis
Corporate Counsel,
200 East Washington Street, Ste.1600
Indianapolis, Indiana 46204


            AND
                        2.5.

Mr. Steven Brinkjer,
Indianapolis Metropolitan Police Department
C/O Indianapolis Corporate Counsel,Ste.1600
200 East Washington Street
Indianapolis, Indiana 46204.

       **AND**

Herbert Holding,
Indianapolis Metropolitan Police Department,
C/O. Indianapolis Corporate Counsel,Ste.1600
Indianapolis, Indiana 36204

**END**

.6.